COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROBERT CHESTER KUJAWA, | § | No. 08-12-00042-CR |
| Appellant, | § | Appeal from |
| v. | § | 97th District Court |
| THE STATE OF TEXAS, | § | of Montague County, Texas |
| Appellee. | § | (TC # 2010-0000130M-CR) |

## MEMORANDUM OPINION

Pending before the Court is Appellant's motion to dismiss the appeal pursuant to TEX.R.APP.P. 42.2(a). As required by that rule, the motion to dismiss is signed by Appellant and his attorney. Further, the Clerk of this Court has forwarded a duplicate copy of the motion to the clerk of the trial court. Because Appellant has established compliance with the requirements of Rule 42.2(a), we grant the motion and dismiss the appeal.

May 9, 2012

_____
ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rivera, and Antcliff, JJ.

(Do Not Publish)